Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah  84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC 30 AM 11: 41

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                                          :

                                                :   Bankruptcy No. 10-21617

SWISS, KEVIN MARC                               :

SWISS, SHAYNA B.                                :        [Chapter 7]

                                                :

--ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

XX   A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

         Attached is check # 107 payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

_____   B   The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 107 | American Express Travel Related Services Co Corp Card c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $3.46 |
| | Check Total: | $3.46 |



The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: December 29, 2010

Roger G. Segal, Trustee